**Pauline Arky LUTSKY, Plaintiff-Appellant,**

v.

**C. Israel LUTSKY, Defendant-Appellee.**

No. 29857
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 13, 1970.

Melvin Boyd, Miami, Fla., for plaintiff-appellant.

Stephen Alexander, Leonard Helfand, Philip L. Coller, Legal Services Senior Citizens Center, Miami Beach, Fla., for defendant-appellee.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

The decision of the District Court in this case is reported at 310 F.Supp. 517.

We affirm. Rules 18 and 21 of this Court. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir., 1970, 431 F.2d 409 and N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

Affirmed.